STATE OF NEW JERSEY v. BORIS TUTT.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ELYZE A. MINTER.

July 8, 1988.

Petition for certification granted.   (See 222 *N.J.Super.* 521)

STATE OF NEW JERSEY v. WILLIAM M. RIVERS.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID GLENN.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LAURA WINTER.

July 8, 1988.

Petition for certification denied.